IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Devin Jamaal Kershaw, #285275, )<br>)<br>　　　　　　　　　Plaintiff, )<br>)<br>　　　vs. )<br>)<br>Anthony J. Padula, et al., )<br>)<br>　　　　　　　　　Defendants. )<br>_____) | Civil Action No. 6:10-951-MBS-KFM<br><br>**O R D E R** |

　　　　This matter is before the court on the plaintiff's motion to compel (doc. 58). The plaintiff, who is a state prisoner proceeding *pro se*, seeks relief pursuant to Title 42, United States Code, Section 1983. The plaintiff claims that since November 2007 the defendants have subjected him to harassment, threats, and retaliation for refusing to cooperate in the defendants' investigation of a former corrections officer at Lee Correctional Institution.

　　　　Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., all pretrial matters in cases filed under Title 42, United States Code, Section 1983, are referred to a United States Magistrate Judge for consideration.

　　　　In his motion to compel, the plaintiff asserts that he requested certain documents from the defendants, and he has not yet received the defendants' responses. The plaintiff filed his motion on December 6, 2010. On December 17, 2010, the defendants moved for an extension of time to respond to the plaintiff's discovery requests and motion to compel, which this court granted. On January 24, 2011, the defendants filed a response to the motion. The defendants state that they have now fully responded to the plaintiff's discovery requests (def. resp. m. to compel at 1-2). Accordingly, the motion to compel (doc. 58) is moot.

　　　　IT IS SO ORDERED.


January 26, 2011　　　　　　　　　　　　　　　　s/Kevin F. McDonald
Greenville, South Carolina　　　　　　　　　　　United States Magistrate Judge